**FILED**
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __MD__ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 2390-BEN |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) T/N: JOEL PURECO-LOPEZ ) | Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) |
| JOEL PUEACO-LOPEZ, ) | - Bringing in Illegal Aliens and Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about July 5, 2008, within the Southern District of California, defendant JOEL PUEACO-LOPEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Gabriel Espindola-Buendia, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 7/22/08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER    for
Assistant U.S. Attorney

CJB:es:San Diego
7/9/08