UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>Plaintiff )<br>       )<br>       )<br>vs. )<br>       )<br>       )<br>Pureco - Lopez )<br>       )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR 2390-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Gabriel Espindola- Buendia

DATED: 7/23/08

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
       DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
          Deputy Clerk